IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No:8:06CR224 |
| Plaintiff, ) | |
| v. ) | **ORDER OF DETENTION** |
| ) | |
| EDWARD EUGENE LEWIS, ) | |
| ) | |
| Defendant. | |

      On May 26, 2006 the defendant appeared before Magistrate Judge Thomas D. Thalken in case 8:05CR447 regarding a violation of supervised release.  Magistrate Judge Thalken issued an order [26] detaining the defendant.  For that reason, defendant is ordered detained in 8:06CR224 pursuant to Magistrate Judge Thalken's order.  Should defendant request release he should file a motion to review detention which will be determined by Magistrate Judge Thalken.

      IT IS SO ORDERED.

DATED this 11th day of July, 2006.

                                     BY THE COURT:

                                     s/Laurie Smith Camp
                                     United States District Judge