IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:06CR224 |
| vs. | |
| EDWARD EUGENE LEWIS, | ORDER |
| Defendant. | |

Defendant Edward Eugene Lewis appeared before the court on March 26, 2018 on a Petition for Warrant for Offender Under Supervision [57]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. The government moved for detention, and a combined Detention and Preliminary hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current and additional conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 3, 2018 at 11:00 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [68].

Dated this 27th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge